

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2018

No. 04-17-00755-CV

**IN THE INTEREST OF J.G., A CHILD**,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2012-CVW-001068-C3
Honorable Jesus Garza, Judge Presiding

## O R D E R

After this court granted two prior extensions, appellee Father's brief was due June 11, 2018. Appellee Father has not filed a third motion for extension of time, asking for an additional seven days in which to file his brief. The motion is unopposed by appellant. After review, we **GRANT** appellant's third motion for extension of time and **ORDER** appellee Father to file his brief in this court **on or before June 18, 2018.**

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court